IN THE DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| vs. | * | Case No.: 14-00291-CG |
| | * | |
| KIMBERLY SMITH HASTIE, et al, | * | |
| | * | |
| Defendants. | * | |

## AMENDED JOINT MOTION TO CONTINUE ALL DATES FOR ONE MONTH

Come now the Parties, i.e. the United States and the Defendant Kim Hastie and the Defendant Ramona Yeager, and file this Joint Motion to Continue the following dates for one month, as follows:

1. Discovery to January 17, 2015;
2. Disclosures by the Defendants to January 24, 2015;
3. Disclosure Statements to January 17, 2015;
4. Pretrial motions to January 24, 2015;
5. Certification by February 9, 2015;
6. Pretrial Conference to February 13, 2015;
7. Jury Selection to March 3, 2015; and,
8. Jury trial term of March 2015.

There is extensive discovery in this case including both documents and tape recordings.

There are a substantial number of witnesses that need to be interviewed before trial.

The U.S. and both Defendants are in agreement that a one month continuance of all matters is necessary in this case.

The Defendants believe that a three month continuance is necessary but the United States will not agree to more than a one month continuance of these dates at this time.

Respectfully submitted,

/s/ Dennis J. Knizley
Dennis Knizley, Esq.

/s/ Buzz Jordan
Buzz Jordan
Attorney for Defendant

OF COUNSEL:
BUZZ JORDAN, P.C.
Post Office Box 210
Mobile, Alabama 36601
T/(251) 432-5400

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above upon the foregoing by the following method:

Alafile X U.S. Efile ___ U.S. Postal Service ___ Personal Delivery

    **KENYEN R. BROWN, United States Attorney**
    **Gregory Bordenkircher, Assistant United States Attorney**
    **Sinan Kalayoglu, Assistant United States Attorney**
    **Vicki Davis, Assistant United States Attorney, Chief Criminal Division**
    U.S. Attorneys Office Southern District of Alabama
    63 So. Royal Street, Suite 600
    Mobile, Alabama 36602

    Neil Hanley, Esq.
    Stewart Hanley, Esq.
    Dennis Knizley, Esq.

Dated this 6th day of January, 2015.

/s/ Buzz Jordan
Buzz Jordan