**IN THE DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| vs. | * | Case No.: 14-00291-CG |
| | * | |
| **KIMBERLY SMITH HASTIE,** | * | |
| | * | |
| **Defendant.** | * | |

CERTIFICATION REGARDING THE PRELIMINARY GUIDELINE CALCULATIONS OF THE PROBATION OFFICER

    The Court, at the arraignment hearing, directed the United States Probation Officer to prepare preliminary calculations for the possible sentences that are advisory according to the United States Sentencing Guidelines.

    It was intended that the Court, the defendant, defendant's attorney and the Assistant United States Attorney, would have had an opportunity to examine the report on preliminary calculations prior to the pretrial conference.

    It was also intended that the calculations would be based on the Probation Officer's review of the relevant information available to the Probation Officer prior to the completion of the report.

    This preliminary report has been completed in this action and has been received and reviewed by the undersigned defendant and his/her attorney. Based on that review, the defendant certifies to the following:

1. I have received a copy of the Probation Officer's preliminary guideline calculation and have thoroughly discussed the information contained in the report with my attorney;
2. I have had the benefit of my attorney's independent assessment of the guideline calculations and his/her responses to my questions about those calculations;
3. I understand that the United States Sentencing Guidelines are advisory and do not bind the Court. I also understand that these preliminary calculations may be different from the final calculations that shall be prepared if a presentencing report is ordered; and
4. I do not believe that a conference with the Probation Officer and the Assistant United States Attorney is necessary for me and my attorney to fully understand the potential sentencing that may apply in my particular situation should I be convicted by either the entry of a guilty plea or after a jury trial.

I certify under the penalty of perjury that the foregoing is true and correct on this January __16th__, 2015.

_____
KIMBERLY SMITH HASTIE, Defendant

APPROVED BY:

_____
ATTORNEY FOR DEFENDANT

_____
BUZZ JORDAN

OF COUNSEL
BUZZ JORDAN, P.C.
1111 Dauphin Street
Mobile, AL 36602
T:/ 251-432-5400
F:/ 251-432-5445
buzz@rossandjordan.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above upon the foregoing by the following method:

_____Alafile   __X__U.S. Efile   _____U.S. Postal Service   _____Personal Delivery

**KENYEN R. BROWN, United States Attorney**
**Gregory Bordenkircher, Assistant United States Attorney**
**Sinan Kalayoglu, Assistant United States Attorney**
**Vicki Davis, Assistant United States Attorney, Chief Criminal Division**
U.S. Attorneys Office Southern District of Alabama
63 So. Royal Street, Suite 600
Mobile, Alabama 36602

Dated this __16th__ day of January, 2015.

/s/ Buzz Jordan
Buzz Jordan