IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 14-00291-CG |
| | ) | |
| KIMBERLY SMITH HASTIE | ) | |

ORDER

This matter is scheduled for a hearing on Government's Motion for Modification of Defendant Hastie's Conditions of Release (Doc. 78), to be held on **Tuesday, February 24, 2015, at 10:30 a.m.** before the undersigned, in Courtroom 3B, United States Courthouse, Mobile, Alabama.

Defendant Kimberly Smith Hastie is **ORDERED** to appear for said hearing.

DONE this 19th day of February, 2015.

s/KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE