**IN THE DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| vs. | * | Case No.: 14-00291-CG |
| | * | |
| **KIMBERLY SMITH HASTIE, et al,** | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT HASTIE'S BILL OF PARTICULARS**

COMES NOW Defendant **KIMBERLY SMITH HASTIE,** by and through her undersigned counsel, Buzz Jordan, and files a Bill of Particulars for the following information:

In the Superseding Indictment, on page 6, paragraph 20, the U.S. states that Hastie reportedly threatened to terminate the employment of "several" license commissioner employees.

The Defendant is requesting that the U.S. identify the "several" employees so that counsel can effectively prepare Defendant's defense as to any alleged allegations regarding said employees and to rebut the "work environment of intimidation" alleged by the U. S. in the indictment.

Defendant's counsel requested this information from the U.S. by personal telephone call and was directed to file a Bill of Particulars.

                                                           Respectfully submitted,

                                                           /s/ Buzz Jordan
                                                           Buzz Jordan
                                                           Attorney for Defendant

**OF COUNSEL:**

**BUZZ JORDAN, P.C.**
**Post Office Box 210**
**Mobile, Alabama 36601**
**T/(251) 432-5400**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above upon the foregoing by the following method:

_____Alafile  \_\_X\_\_U.S. Efile  _____U.S. Postal Service  _____Personal Delivery

**KENYEN R. BROWN, United States Attorney**
**Gregory Bordenkircher, Assistant United States Attorney**
**Sinan Kalayoglu, Assistant United States Attorney**
**Vicki Davis, Assistant United States Attorney, Chief Criminal Division**
U.S. Attorney's Office Southern District of Alabama
63 So. Royal Street, Suite 600
Mobile, Alabama 36602

Neil Hanley, Esq.
Stewart Hanley, Esq.
Dennis Knizley, Esq.

Dated this \_\_\_\_\_19th\_\_\_\_\_ day of February, 2015.

                                                                                  /s/ Buzz Jordan
                                                                                  Buzz Jordan