IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 14-00291-CG-N-1 |
| | ) | |
| KIMBERLY SMITH HASTIE, | ) | |
|     Defendant. | ) | |

## ORDER

This action is before the Court on the Motion to Disqualify Defense Counsel (Doc. 137) filed by the Government against Defendant Kimberly Smith Hastie ("Kimberly Hastie"). Under SD ALA LR 72.1(a) and 72.2(b)(2), this non-dispositive motion has been referred to the undersigned Magistrate Judge for disposition in accordance with 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Criminal Procedure 59(a).

Upon consideration, Kimberly Hastie is **ORDERED** to file a response to the motion to disqualify counsel (Doc. 137) no later than **10:00 a.m.** on **Tuesday, March 24, 2015**. It is further **ORDERED** that the motion is set for a hearing before the undersigned at **10:00 a.m.** on **Wednesday, March 25, 2015**, in **Courtroom 3B** of the United States Courthouse at 113 St. Joseph Street, Mobile, Alabama. *Kimberly Hastie shall be present at this hearing.*

**DONE** and **ORDERED** this the 18th day of March 2015.

                                          */s/ Katherine P. Nelson*
                                          **KATHERINE P. NELSON**
                                          **UNITED STATES MAGISTRATE JUDGE**