# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 14-00291-CG |
| | ) | |
| KIMBERLY SMITH HASTIE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on the Defendant's Motion to Reconsider the Court's Order Granting the Government's Motion in Limine Concerning the Testimony of Dr. Semoon Chang (Doc. 138).

The United States is **ORDERED** to file a response to said motion **no later than March 25, 2015**.

**DONE and ORDERED** this 19th day of March, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE