# RESUME OF HUGH R. EVANS, III

2716 Fairmont Rd. Montgomery, AL 36111
334-281-0341
334-462-7268
334-242-2873

EMPLOYMENT HISTORY

  1) 9/95-present Alabama Ethics Commission
General Counsel

Draft all advisory opinions considered by Commission (over 900 presented since 1995)
Provide legal counsel to Director and Commission
Review and evaluate all incoming complaints
Conduct Ethics seminars for public officials/employees, lobbyists, the legislature and other groups
Oversee Ethics investigations by working with investigative staff
Present cases to Ethics Commission and grand juries as needed
Serve as expert witness for Attorney General/District Attorney as needed
Draft, review and testify as needed before legislative committees regarding ethics legislation

ACCOMPLISHMENTS WHILE SERVING AS GENERAL COUNSEL

Served as Acting Director 2/97-4/97
Established and instituted Closed After Preliminary Inquiry reporting procedure
Developed current case numbering and case management system
Established close working relationship with District Attorneys Association and various District Attorneys around the state

  2) 6/92-9/95 Brannan and Guy P.C.

General civil practice
Prosecutor for City Appeals

  3) 4/89-5/92 City of Montgomery

City Attorney
Handled day to day legal matters for City
Oversaw all aspects of Legal office, including but not limited to budget and personnel matters
Legal Advisor to Mayor, City Council and department heads
Represent the city in various types of litigation in both state and federal courts
Draft ordinances and legislation affecting the City
Prosecutor for City in both Municipal and Circuit Courts

  4) 8/87-4/89 The Honorable Charles Price, Circuit Judge, 15th Judicial Circuit

Responsible for civil docket. Set hearings and trial dates, including establishing guidelines for pre-trial discovery, motion cutoffs, etc.

OTHER

Montgomery Inn of Court 1989-1992
Adjunct Instructor Montgomery Police Academy 1989-1995

EDUCATION

1987 Jones School of Law, Montgomery, AL. J.D. Degree

Admitted to practice in all Alabama State Courts. Also admitted to practice in the U.S. District Court for the Middle District of Alabama and the 11th Circuit court of Appeals

1978 Auburn University Montgomery, B.A. History

Consistently made Dean's List. Made permanent member upon graduation.

1974 Saint James School, Montgomery, AL.

Sportsmanship Award, football 1973

OTHER ACTIVITIES

Eagle Scout, Boy Scouts of America 1970
God and Country Award, Boy Scouts of America 1968
Order of the Arrow, Boy Scouts of America 1969