IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **V.** | * | **CASE NO. 14-00291-CG** |
| | * | |
| **KIMBERLY SMITH HASTIE** | * | |

## MOTION FOR SEPARATED JURY PANELS

COMES NOW the Defendant, Kimberly Smith Hastie, by and through undersigned counsel, and moves this Honorable Court provide separated jury panels which will be used to select the two juries on April 27, 2015, and as grounds for said motion aver as follows:

1. Count 18 of the Indictment was severed from Counts 1 through 17 due to prejudicial joinder. Two juries are scheduled to be selected on April 27, 2015.

2. The Defendant will be prejudiced if the prospective jurors in both cases hear the qualification and selection of jury in the other case.

3. The severance and relief from prejudicial joinder was granted, in part, to avoid this type of prejudice.

    Respectfully Submitted,

    /s/ Neil L. Hanley
    NEIL L. HANLEY
    Attorney at Law
    158 Congress Street
    Mobile, AL 36603
    Tel: (251) 432-5579
    Fax: (251) 432-5507
    Email: NHlawoffice@gmail.com

/s/ N. Stewart Hanley
N. STEWART HANLEY
Attorney at Law
158 Congress Street
Mobile, AL 36603
Tel: (251) 432-5579
Fax: (251) 432-5507
Email: hanleylawfirm@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this the 20th day of April, 2015 upon all counsel of record by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

\s\ Neil L. Hanley