IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL ACTION NO. |
| | ) 14-291-KD-N |
| KIMBERLY HASTIE, | ) |
| RAMONA YEAGER, | ) |
|     Defendants. | ) |

### ORDER

This matter is before the Court on the Government's Motion to Continue. (Doc. 210). The Government's motion is premised on its unsupported conclusion that the jury venire for the May 26, 2015 trial is tainted. To find that the jury is tainted would require the Court to presume that the potential jurors failed to provide truthful information to the Court. The Government has presented no evidence of untruthfulness on the part of any potential juror. Specifically, after the Court was told that a member of the jury pool was indirectly contacted about his jury service, U.S. Magistrate Judge Nelson posed appropriate questions to all potential jurors as to whether any others had been contacted about their potential jury service.[1] Satisfied that the remaining potential jurors were not tainted, Judge Nelson proceeded appropriately.

Despite the Government's attempts to paint the jury selection process as tainted, there is no evidence to support a conclusion that any member of the selected jury or their families were contacted in connection with their jury service. Accordingly, the Government's Motion to Continue is **DENIED**. If the Government uncovers evidence to support its allegations, the Court will reconsider this order.

**DONE** and **ORDERED** this the **7**th day of **May 2015**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] After it was requested by Assistant United States Attorney Gregory Bordenkircher, Judge Nelson posed the following question to the venire: "Has anyone contacted either you or any of your family members about your potential service as a juror in this matter?" No potential jurors responded in the affirmative and jury selection continued.