IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **CRIMINAL NO. 14-00291-KD** |
| ) | |
| **KIMBERLY SMITH HASTIE and** ) | |
| **JOHN MELVIN HASTIE, JR.** ) | |

### RECEIPT FOR RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of the exhibits listed below:

**GOVERNMENT'S** exhibits admitted at trial – 4/28/2015 to 5/1/2015

100, 100a, 101, 101a, 101c
202, 202a, 202c, 203, 204, 205, 205a, 206, 206a, 208
303, 303a, 304a, 305
400, 401, 402, 403, 404, 405, 406, 406a
504, 505, 505a
600a, 600b, 600c, 600h, 601, 602b, 603a, 603f, 603-2b, 603-2f, 605,
605a (blow-up returned on 5/1/2015)
606
701, 702, 703, 704

ATTORNEY'S SIGNATURE: _[signature]_
Date: 5/8/15

CLERK'S SIGNATURE: _[signature]_
Date: 5-8-15