# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 14-291-KD-N |
| KIMBERLY HASTIE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's "Motion for Acquittal or in the Alternative, a New Trial." (Doc. 262). The Government is **ORDERED** to respond on or before **Monday, July 6, 2015**.

**DONE** and **ORDERED** this **19**th day of **June 2015**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**