IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 14-00291-CG |
| | * | |
| KIMBERLY SMITH HASTIE, et al. | * | |
| | * | |

## MOTION TO STAY SENTENCE

Comes now the Defendant, Kimberly Hastie, by and through undersigned counsel, and respectfully moves this Court to stay the execution of any sentence imposed in Count 17 of the above-styled case pursuant to Rule 38 of the Federal Rules of Criminal Procedure. On June 5, 2015 Defendant was convicted of violating the Drivers Privacy Protection Act (18 U.S.C. §2721(a)). Defendant may be subjected to a maximum fine of $5000 on this conviction. *See* Doc. 45-1. The sentencing of Defendant has been continued to September 24, 2015. Defendant anticipates appealing her conviction, and avers that the issues on appeal will be unique and novel in this Circuit. Defendant is requesting that this Court stay the sentence pending the outcome of the Appeal.

Wherefore Defendant moves this Court for an order to stay the execution of the sentence in this matter.

Respectfully Submitted,

/s/ Neil L. Hanley
NEIL L. HANLEY
Attorney at Law
158 Congress Street

        Mobile, AL 36603
        Tel: (251) 432-5579
        Fax: (251) 432-5507
        Email: NHlawoffice@gmail.com


        /s/ N. Stewart Hanley
        N. STEWART HANLEY
        Attorney at Law
        158 Congress Street
        Mobile, AL 36603
        Tel: (251) 432-5579
        Fax: (251) 432-5507
        Email: hanleylawfirm@gmail.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served this the 22nd day of September, 2015 upon all counsel of record by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        \s\ Neil L. Hanley