## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **V.** | * | **CASE NO. 14-00291-CG** |
| | * | |
| **KIMBERLY SMITH HASTIE, et al.** | * | |
| | * | |

## DEFENDANT KIMBERLY SMITH HASTIE'S NOTICE OF APPEAL

Comes now the Defendant, Kimberly Smith Hastie, by and through the undersigned counsel, and files her Notice of Appeal pursuant to Rule 4(b)(1)(A)(i) within fourteen days of the entry of judgment on October 1, 2015.  Kimberly Smith Hastie appeals the final judgment of the court and sentence entered on October 1, 2015.

Respectfully Submitted,

/s/ Neil L. Hanley
NEIL L. HANLEY
Attorney at Law
158 Congress Street
Mobile, AL 36603
Tel: (251) 432-5579
Fax: (251) 432-5507
Email: NHlawoffice@gmail.com

/s/ N. Stewart Hanley
N. STEWART HANLEY
Attorney at Law
158 Congress Street
Mobile, AL 36603
Tel: (251) 432-5579
Fax: (251) 432-5507
Email: hanleylawfirm@gmail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was served this the 7th day of October, 2015 upon all counsel of record by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    \s\ Neil L. Hanley