IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| V. | *   CASE NO. 14-00291-CG |
| KIMBERLY SMITH HASTIE, et al. | * |

**MOTION FOR RETURN OF PASSPORT**

Comes now the Defendant, KIMBERLY SMITH HASTIE, by and through undersigned counsel, and moves this Honorable Court to enter an Order that her passport be returned to her, and as grounds for said motion avers as follows:

1. The Defendant surrendered her passport to the Clerk's office pursuant to the Court's order in the above-styled case.

2. The Defendant was found not guilty of the offenses charged in Counts 1-16 of the Superseding Indictment. The Defendant was found guilty on Count 17, which was an infraction carrying a maximum fine of $5,000.00 and no term of imprisonment. Count 18 was dismissed on the Government's Motion to Dismiss.

3. The Defendant was sentenced on Count 17 on September 24, 2015 and has paid her $5,000.00 fine.

4. The Defendant is a United States citizen and there is no reason that her passport should not be returned to her.

1

Respectfully Submitted,

/s/ Neil L. Hanley
NEIL L. HANLEY
Attorney at Law
158 Congress Street
Mobile, AL 36603
Tel: (251) 432-5579
Fax: (251) 432-5507
Email: NHlawoffice@gmail.com


/s/ N. Stewart Hanley
N. STEWART HANLEY
Attorney at Law
158 Congress Street
Mobile, AL 36603
Tel: (251) 432-5579
Fax: (251) 432-5507
Email: hanleylawfirm@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this the 27th day of October, 2015 upon all counsel of record by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

\s\ Neil L. Hanley