IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>KIMBERLY SMITH HASTIE,<br>Defendant. | *<br>*<br>*   CRIMINAL NO. 1:14CR00291<br>*<br>*<br>* |

## NOTICE OF ENTRY OF APPEARANCE

Alex F. Lankford, IV, Assistant United States Attorney, by and through KENYEN R. BROWN, United States Attorney for the Southern District of Alabama, gives notice of his entry of appearance in this case as additional counsel of record for Plaintiff, United States of America, for purposes of post-judgment enforcement of criminal monetary penalties imposed.

                                            Respectfully submitted,

                                            KENYEN R. BROWN
                                            UNITED STATES ATTORNEY

Dated:  July 25, 2016        By:  *s/ Alex F. Lankford, IV*
                                              Alex F. Lankford, IV (LANKA0026)
                                              Assistant United States Attorney
                                              63 S. Royal Street, Suite 600
                                              Mobile, Alabama 36602
                                              Telephone:  251.441.5845
                                              Facsimile:   251.441.5044
                                              Email:         alex.lankford@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2016 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record, if applicable, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:

Kimberly Smith Hastie
xxxxxxxxxxxx
Mobile, AL  36693

                              *s/ Alex F. Lankford, IV*
                              Alex F. Lankford, IV
                              Assistant United States Attorney