IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIM. NO. 1:14CR00291-KD |
| KIMBERLY SMITH HASTIE | |

## MOTION TO TRANSFER FUNDS

The United States of America, by and through Sean P. Costello, United States Attorney for the Southern District of Alabama, files this Motion to Transfer Funds authorizing the U.S. District Court Clerk to transfer funds currently held in the Court's registry and apply those funds to the $5,000 fine that was ordered on September 24, 2015 and affirmed in final judgment on April 25, 2017. [Do. 277, PageID. 2843] [Doc. 306]. In support of this Motion, the United States respectfully submits the following:

1. On January 29, 2015, the United States filed an eighteen count superseding indictment against Defendant Hastie and others for violations including Conspiracy 18 U.S.C. § 1349; Wire Fraud 18 U.S.C. § 1343; Mail Fraud 18 U.S.C. § 1341; Hobbs Act Extortion 18 U.S.C. § 1951(a); False Statement to a Federal Agency 18 U.S.C. § 1001; Prohibited Release and Use of Personal Information from State Motor Vehicle Records 18 U.S.C. § 2721(a); and Conspiracy to Defraud the United States 18 U.S.C. § 371. [Doc. 45].

2. After a trial by jury, Defendant Hastie was found guilty and ordered to pay a $5,000 fine on Count 17 Prohibited Release and Use of Personal Information from State Motor Vehicle Records 18 U.S.C. § 2721(a). [Doc. 277, PageID 2843].

3. Prior to sentencing, Defendant Hastie filed a Motion to Stay Sentence. In her Motion to Stay, Defendant requested she be able to suspend her requirement to pay the $5,000 fine until after her appeal. [Doc. 274].

4. This Court granted the Motion in part by requiring the Defendant pay the $5,000 into the Court's registry but ordered the fine to be held there, rather than be disbursed, until the Defendant's appeal was complete. [Doc. 298, PageID. 4144-4148].

5. On April 25, 2017, the Court of Appeals affirmed Defendant Hastie's conviction. [Doc.306].

WHEREFORE, as the prerequisite for holding the funds in the Court's registry has been satisfied, Plaintiff respectfully requests that this Court issue an Order authorizing the Clerk's office to transfer the $5,000 currently held in its registry to their fine account to be applied in accordance with this Court's September 24, 2015, judgment. [Doc. 277].

Dated: March 18, 2025

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: *s/ Emma L. Sloan*
   Emma L. Sloan
   Assistant United States Attorney
   Southern District of Alabama
   63 South Royal Street, Suite 600
   Mobile, Alabama 36602
   Telephone: (251) 415-7147
   Email: Emma.Sloan@usdoj.gov

   *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record. Further, a copy of the foregoing was mailed on this date to:

Kimberly Hastie,
c/o Neil Hanley, Esq.
158 Congress St.,
Mobile, AL 36602.

                                            *s/ Emma L. Sloan*
                                            Emma L. Sloan
                                            Assistant U.S. Attorney